## ATLANTA & W. P. R. R. CO. *v.* IRWIN.

*Atkinson, J.*—The evidence showing beyond doubt that the plaintiff's mule was killed by the defendant's train and the presumption of negligence being against the company, a *prima facie* right to recover was shown. The evidence relied upon by the defendant to show due diligence was contradicted by other evidence; and therefore, on the whole, the verdict was sufficiently supported, and there was no abuse of discretion in denying a new trial.        *Judgment affirmed.*

November 2, 1896. Argued at the last term.

Appeal.　Before Judge Harris.　Campbell superior court.　August term, 1895.

*Dorsey, Brewster & Howell, L. S. Roan* and *C. S. Reid,* for plaintiff in error.　*Longino & Golightly,* contra.